IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| WIAV NETWORKS, LLC, a Virginia limited liability company,<br><br>                Plaintiff,<br><br>        v.<br><br>3COM CORPORATION, et al.,<br><br>                Defendants. | Civil Action No. 5:09-cv-00101-DF |

**PETITION FOR LETTERS ROGATORY FOR
FOREIGN SERVICE OF PROCESS**

Plaintiff WiAV Networks, LLC ("Plaintiff"), through undersigned counsel, respectfully petitions this Court for the issuance of two Letters of Request (Letters Rogatory), pursuant to Fed. R. Civ. P. 4(f)(2)(B) addressed to the appropriate Judicial Authority in Taiwan, requesting that the Taiwanese court cause to be served upon Taiwanese defendants D-Link Corporation and ASUSTeK Computer, Inc. the following documents filed in the present action:

- *Summons in a Civil Action* (Doc. No. 123)
- *Complaint and Civil Cover Sheet* (Doc. No. 1)
- *Amended Complaint* (Doc. No. 107)
- *Corporate Disclosure Statement* (Doc. No. 2)

The plaintiff further requests that after this Court has signed the Letters Rogatory, the Letters be returned to counsel for forwarding, along with the attached documentation, to the United States Department of State, Office of American Citizen Services.

The United States Department of State will oversee transmission of the Letters Rogatory to Taiwan through diplomatic channels as provided in 28 USC §1781 (a)(2) as well as its presentation to the requested court in Taiwan.

Plaintiff stands ready to reimburse this Court and/or the United States Department of

1

State for any expenses incurred in connection with the execution of this Letter Rogatory and has deposited two cashier's checks in the amount of $735 each with the Department of State to cover such expenses.

Respectfully submitted,                              Date:  December 23, 2009

By: /s/ Andrew Choung

Andrew Choung (Cal. Bar No. 203192)
Tae H. Kim (Cal. Bar No. 214684)
ECHELON LAW GROUP, PC
150 Spear Street, Suite 825
San Francisco, California 94105
(T) (415) 830-9462
(F) (415) 762-4191
Email: andrew.choung@echelaw.com
Email: tae.kim@echelaw.com

S. Calvin Capshaw (Bar. No. 03783900)
Elizabeth L. DeRieux (Bar No. 05770585)
D. Jeffrey Rambin (Bar No. 00791478)
CAPSHAW DeRIEUX, LLP
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601
(T) (903) 236-9800
(F) (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshalaw.com
Email: jrambin@capshalaw.com

Kevin Mun (Va. Bar No. 73247)
ECHELON LAW GROUP, PC
1919 Gallows Road, Suite 330
Vienna, Virginia 22182
(T) (703) 496-5000
(F) (703) 579-0105
Email: kevin.mun@echelaw.com

*Attorneys for Plaintiff WiAV Networks, LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the forgoing by email, on this 23rd day of December, 2009.

/s/ Andrew Choung

Andrew Choung (Cal. Bar No. 203192)
Tae H. Kim (Cal. Bar No. 214684)
ECHELON LAW GROUP, PC
150 Spear Street, Suite 825
San Francisco, California 94105
(T) (415) 830-9462
(F) (415) 762-4191
Email: andrew.choung@echelaw.com
Email: tae.kim@echelaw.com