IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| WIAV NETWORKS, LLC, a Virginia limited liability company,<br><br>             Plaintiff,<br><br>      v.<br><br>3COM CORPORATION, et al.,<br><br>             Defendants. | Civil Action No. 5:09-cv-00101-DF |

**JOINT MOTION TO DISMISS FUTUREWEI TECHNOLOGIES, INC WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2).**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff WiAV Networks, LLC ("WiAV Networks") and Defendant Futurewei Technologies, Inc. ("Futurewei") (collectively "the parties") hereby stipulate and jointly move for an order dismissing, without prejudice, all claims that WiAV Networks asserts against Futurewei in the above-captioned action and all claims or counterclaims that Futurewei asserts against WiAV Networks in the above-captioned action.  The parties also stipulate that each of them will bear its own costs and attorneys' fees.

The parties agree and certify that the content of this document is acceptable to all persons required to sign it, and Plaintiff's counsel has been given authorization to add the electronic signature of Futurewei's counsel on this joint motion.

A proposed Order granting this joint motion is attached for the Court's convenience.

Date:  January 12, 2010

Respectfully submitted,

By:   /s/ Andrew Choung
Andrew Choung (Cal. Bar No. 203192)
Tae H. Kim (Cal. Bar No. 214684)
ECHELON LAW GROUP, PC
150 Spear Street, Suite 825
San Francisco, California 94105
(T) (415) 830-9462
(F) (415) 762-4191
Email: andrew.choung@echelaw.com
Email: tae.kim@echelaw.com

S. Calvin Capshaw (Bar. No. 03783900)
Elizabeth L. DeRieux (Bar No. 05770585)
D. Jeffrey Rambin (Bar No. 00791478)
CAPSHAW DeRIEUX, LLP
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601
(T) (903) 236-9800
(F) (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshalaw.com
Email: jrambin@capshalaw.com

Kevin Mun (Va. Bar No. 73247)
ECHELON LAW GROUP, PC
1919 Gallows Road, Suite 330
Vienna, Virginia 22182
(T) (703) 496-5000
(F) (703) 579-0105
Email: kevin.mun@echelaw.com

*Attorneys for Plaintiff WiAV Networks, LLC*

Date: January 12, 2010

Respectfully submitted,

By:  /s/Daniel T. Conrad by Permission Andrew Choung
Daniel T. Conrad (Bar No. 24026608)
Daniel Thomas O'Brien  (Bar No. 24065832)
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
(T) (214) 220-3939
(F) (214) 969-5100
Email: dtconrad@jonesday.com
Email: dtobrien@jonesday.com

*Attorneys for Defendant Futurewei Technologies, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the forgoing by email, on this 12th day of January, 2010.

/s/ Andrew Choung

Andrew Choung (Cal. Bar No. 203192)
Tae H. Kim (Cal. Bar No. 214684)
ECHELON LAW GROUP, PC
150 Spear Street, Suite 825
San Francisco, California 94105
(T) (415) 830-9462
(F) (415) 762-4191
Email: andrew.choung@echelaw.com
Email: tae.kim@echelaw.com