IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| WIAV NETWORKS, LLC, a Virginia limited liability company,<br><br>       Plaintiff,<br><br>       v.<br><br>3COM CORPORATION, et al.,<br><br>       Defendants. | Civil Action No. 5:09-cv-00101-DF |

**JOINT MOTION TO DISMISS SONY CORPORATION OF AMERICA
AND SONY ELECTRONICS INC. WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the ongoing settlement discussions between Plaintiff WiAV Networks, LLC ("WiAV Networks") and Defendant Sony Corporation of America and Sony Electronics Inc. (collectively "Sony"), WiAV Networks and Sony hereby stipulate and jointly move for an order dismissing, without prejudice, all claims that WiAV Networks asserts against Sony in the above-captioned action and all claims and/or counterclaims that Sony asserts against WiAV Networks in the above-captioned action. WiAV Networks and Sony also stipulate that each will bear its own costs and attorneys' fees.

WiAV Networks and Sony agree and certify that the content of this document is acceptable to all persons required to sign it, and Plaintiff's counsel has been given authorization to add the electronic signature of Sony's counsel on this joint motion.

A proposed Order granting this joint motion is attached for the Court's convenience.

Date:  January 29, 2010

Respectfully submitted,

By:   /s/Tae H. Kim   
Tae H. Kim (Cal. Bar No. 214684)
Andrew Choung (Cal. Bar No. 203192)
ECHELON LAW GROUP, PC
150 Spear Street, Suite 825
San Francisco, California 94105
(T) (415) 830-9462
(F) (415) 762-4191
Email: tae.kim@echelaw.com
Email: andrew.choung@echelaw.com

S. Calvin Capshaw (Bar. No. 03783900)
Elizabeth L. DeRieux (Bar No. 05770585)
D. Jeffrey Rambin (Bar No. 00791478)
CAPSHAW DeRIEUX, LLP
1127 Judson Road, Suite 220
P.O. Box 3999 (75606-3999)
Longview, Texas 75601
(T) (903) 236-9800
(F) (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshalaw.com
Email: jrambin@capshalaw.com

Kevin Mun (Va. Bar No. 73247)
ECHELON LAW GROUP, PC
1919 Gallows Road, Suite 330
Vienna, Virginia 22182
(T) (703) 496-5000
(F) (703) 579-0105
Email: kevin.mun@echelaw.com

*Attorneys for Plaintiff WiAV Networks, LLC*

Date: January 29, 2010

Respectfully submitted,

By:   /s/Kevin P.B Johnson by Permission Tae Kim
Kevin P.B. Johnson (SBN 177129)
QUINN EMANUEL URQUHART
    OLIVER & HEDGES LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(T)  (650) 801-5000
(F)  (650) 801-5100
Email:  kevinjohnson@quinnemanuel.com

*Attorney for Defendants Sony Corporation of America and Sony Electronics Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the forgoing by email, on this 29th day of January, 2010.

                                      /s/ Tae H. Kim
                                      Tae H. Kim (Cal. Bar No. 214684)
                                      Andrew Choung (Cal. Bar No. 203192)
                                      ECHELON LAW GROUP, PC
                                      150 Spear Street, Suite 825
                                      San Francisco, California 94105
                                      (T) (415) 830-9462
                                      (F) (415) 762-4191
                                      Email: tae.kim@echelaw.com
                                      Email: andrew.choung@echelaw.com