IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIAV NETWORKS, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>3COM CORPORATION, *et al.*,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 10-03448 WHA<br><br>**ORDER REGARDING D-LINK CORPORATION'S PENDING MOTION TO DISMISS** |

　　　As requested by defendant D-Link Corporation and plaintiff WiAV Networks, LLC, all briefing deadlines relating to D-Link's pending motion to dismiss are hereby **VACATED**. D-Link shall re-file and re-notice its motion on the normal 35-day briefing calendar as set forth in the civil local rules of this district.

Dated: September 1, 2010.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE