**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIAV NETWORKS, LLC, | No. C 10-03448 WHA |
|     Plaintiff, | |
|   v. | **NOTICE REGARDING DEFENSE COUNSEL** |
| 3COM CORPORATION, *et al.*, | |
|     Defendants. / | |

The Court assumes that all defendants remaining in this dispute have appeared in the action in Texas and are already in the case. To the extent that any of these defendants are now unrepresented due to local counsel in Texas being excused, those defendants must immediately obtain replacement counsel and appear in the case.

Dated: September 1, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE