IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIAV NETWORKS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>3COM CORPORATION, *et al*.,<br><br>    Defendants.<br> / | No. C 10-03448 WHA<br><br>**ORDER APPROVING WITHDRAWAL OF COUNSEL FOR ASUS COMPUTER INTERNATIONAL AND ASUSTEK COMPUTERS, INC.** |

The request to withdraw as counsel of record for defendants ASUS Computer International and ASUSTek Computers, Inc., filed by attorneys Scott E. Stevens, Matthew M. Hill, and Darrell G. Dotson with the consent of their clients, is **GRANTED**. These attorneys served as local counsel for the ASUS entities while the action was being litigated in Texas. The ASUS entities will continue to be represented by counsel from Turner Boyd LLP, based in Palo Alto, who have already appeared and will remain in the case.

**IT IS SO ORDERED.**

Dated: September 3, 2010.

                                     WILLIAM ALSUP
                                     UNITED STATES DISTRICT JUDGE