IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIAV NETWORKS, LLC, | No. C 10-03448 WHA |
| Plaintiff, | |
| v. | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| 3COM CORPORATION, *et al.*, | |
| Defendants. | |

A case management conference in this multi-defendant patent-infringement action is scheduled for **11:00 A.M. ON SEPTEMBER 30, 2010**.  At the conference, the parties shall be prepared to address the issue of misjoinder.  A joint case management statement shall be filed no later than seven calendar days before the conference.  Please consult Civil Local Rule 16-9 for the form and content of this statement.

**IT IS SO ORDERED.**

Dated: September 3, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE