ALISON M. TUCHER (CA SBN 171363)
ATucher@mofo.com
MARGARET E. MAYO (CA SBN 259685)
MMayo@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
UTSTARCOM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WIAV NETWORKS, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>3COM CORPORATION, *et al.*,<br><br>          Defendants. | Case No.   10-03448 WHA<br><br>**CERTIFICATION OF INTERESTED PARTIES PURSUANT TO CIVIL L.R. 3-16 BY DEFENDANT UTSTARCOM, INC.** |

CERTIFICATION OF INTERESTED PARTIES BY DEFENDANT UTSTARCOM, INC.
CASE NO. 10-03448 WHA
sf-2891977

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

6    (1)    Softbank Corp.

7    In making the foregoing disclosures, the undersigned has, in accordance with Rule 7.1 of
8  the Federal Rules of Civil Procedure, only disclosed entities that own ten percent or more of the
9  stock of UTStarcom, Inc., a publicly held corporation.  Other shareholders are not disclosed.  The
10  undersigned will disclose such additional information as ordered by the Court in accordance with
11  pertinent law.  UTStarcom, Inc. does not have a parent corporation.

12    Defendants make this certification without prejudice to any of their defenses, including
13  but not limited to improper joinder.

14  Dated: September 15, 2010          ALISON M. TUCHER
                                       MARGARET E. MAYO
15                                     MORRISON & FOERSTER LLP
16
17                                     By:    /s/ Alison M. Tucher
                                              Alison M. Tucher
18
                                       Attorneys for Defendant
19                                     UTSTARCOM, INC.

CERTIFICATION OF INTERESTED PARTIES BY DEFENDANT UTSTARCOM, INC.          1
CASE NO. 10-03448 WHA
sf-2891977