ALISON M. TUCHER (CA SBN 171363)
ATucher@mofo.com
MARGARET E. MAYO (CA SBN 259685)
MMayo@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

Attorneys for Defendant
UTSTARCOM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WIAV NETWORKS, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>3COM CORPORATION, *et al.*,<br><br>          Defendants. | Case No.    10-03448 WHA<br><br>[~~PROPOSED~~] **ORDER PURSUANT TO LOCAL RULE 11-5 PERMITTING WITHDRAWAL OF COUNSEL FOR DEFENDANT UTSTARCOM, INC.** |

**[PROPOSED] ORDER**

The withdrawal of counsel, Dana D. McDaniel and Robert J. Barrett of Spotts Fain, PC, is authorized by the Court and the clerk of the Court is directed to make the appropriate change in the docket.

**IT IS SO ORDERED.**

Dated: September 16, 2010

_____
Hon. William H. Alsup
United States District Judge