IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WIAV NETWORKS LLC, a Virginia limited liability company,

   Plaintiff,

   v.

3COM CORPORATION, a Delaware company, et al.,

   Defendants.

No. C 10-03448 WHA

**ORDER DENYING CERTAIN NON-LAPTOP DEFENDANTS' REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE BY TELEPHONE**

   The request by certain non-laptop defendants to participate in the case management conference by telephone is **DENIED**. It is entirely too unruly and impossible to hold a hearing with some defendants participating on the telephone in a case with over forty defendants.

   **IT IS SO ORDERED.**

Dated: September 27, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE