DAVID W. HANSEN (Bar No. 196958)
david.hansen@skadden.com@skadden.com
MICHAEL D. SAUNDERS (Bar No. 259692)
michael.saunders@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Telephone: (415) 984-6400
Facsimile: (415) 984-2698

Attorneys for Defendants
3COM CORPORATION and HEWLETT-
PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WIAV NETWORKS, LLC, | ) | CASE NO.: 3:10-CV-03448-WHA |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER DISMISSING DEFENDANT 3COM CORPORATION WITHOUT PREJUDICE** |
| 3COM CORPORATION, *et al.*, | ) | |
| Defendants. | ) | |

Plaintiff WiAV Networks, LLC ("WiAV") and defendants 3Com Corporation ("3Com") and Hewlett-Packard Company ("H-P"), by their respective counsel of record, hereby stipulate as follows:

1. In April 2010, 3Com merged with and was dissolved into H-P. In connection with the dissolution of 3Com, H-P assumed any and all potential liabilities related to this action for 3Com products offered for sale and/or sold by 3Com prior to the merger, and 3Com branded products offered for sale and/or sold by H-P after the merger.

1  2.     3Com no longer exists as an entity. Based on the foregoing representations, Plaintiff WiAV and defendants 3Com and H-P therefore stipulate that:

   (a)    3Com is no longer a proper party to this action, and HP already is a party to this action;

   (b)    the portions of the Complaint and Amended Complaint relating to 3Com shall be deemed as pled against H-P and the Answer and First Amended Answer and Counterclaims filed by 3Com shall be deemed as pled by H-P;

   (c)    WiAV will not pursue in this Case No.: 3:10-CV-03448-WHA its infringement claims against the 3Com products identified in WiAV's Amended Complaint or any other 3Com products, whether sold by 3Com prior to the 3Com/H-P merger or by H-P after the 3Com/H-P merger; for avoidance of doubt, nothing herein precludes WiAV from pursuing in another (or consolidated) action its claims for infringement related to those products in accordance with subsection (e) after the Court's decision on the joinder issues;

   (d)    H-P will not pursue in this Case No.: 3:10-CV-03448-WHA any declaratory relief related to the products identified in section 2.(c) herein; for avoidance of doubt, nothing herein precludes H-P from pursuing in another (or consolidated) action declaratory relief related to those products in accordance with subsection (f) after the Court's decision on the joinder issues;

   (e)    WiAV stipulates on behalf of itself and any alleged assignee of U.S. Patent Nos. 5,400,338 or 6,480,497 that it will file any future action for infringement against H-P of either of these patents, or any continuations, continuations-in-part, or divisionals of these patents, directed to of any and/or all of the products identified in section 2.(c) herein in the United States District Court for the Northern District of California; for avoidance of doubt, WiAV only agrees to this condition for the specific and unique circumstances applicable to and presented by the 3Com/H-P merger and does not generally concede that actions relating to the subject matter of the instant case should be limited to this District;

   (f)    H-P stipulates that it will file any future declaratory judgment action for non-infringement by any of the products identified in section 2.(c) by the patents identified in section 2.(e) herein in the United States District Court for the Northern District of California; and,

(g) if WiAV, or any alleged assignee of the patents referenced in section 2.(e) herein, or H-P file the actions described in sections 2.(e) or (f) herein, the filing party shall also file a Notice of Related Case and Administrative Motion to Consider Whether Cases Should be Related identifying each such action as being related to this action.

3. Plaintiff WiAV and defendants 3Com and H-P request that the Court enter an Order dismissing 3Com from this action without prejudice based upon and including the foregoing conditions.

Dated: September 27, 2010

ECHELON LAW GROUP, PC

By: /s/   Andrew Young Choung
ANDREW YOUNG CHOUNG
Attorneys for Plaintiff,
WIAV NETWORKS, LLC


SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: /s/   Raoul D. Kennedy
RAOUL D. KENNEDY
Attorneys for Defendants
3COM CORPORATION and
HEWLETT PACKARD COMPANY

**FILER'S ATTESTATION: PURSUANT TO GENERAL ORDER NO. 45**
Pursuant to General Order no. 45, Section X(B), Raoul D. Kennedy hereby attests that concurrence in the filing of this document has been obtained.

PURSUANT TO THE FOREGOING STIPULATION
IT IS SO ORDERED:

Dated: September 28, 2010

HON. WILLIAM ALSUP
UNITED STATED DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA