Andrew Choung (SBN 203192)
ECHELON LAW GROUP, PC
50 California Street, Suite 1500
San Francisco, California 94111
Telephone: (415) 830-9463
Facsimile:  (415) 762-4191
Email:  andrew.choung@echelaw.com

K. Kevin Mun (*pro hac vice*)
ECHELON LAW GROUP, PC
1919 Gallows Road, Suite 330
Vienna, Virginia 22182
Telephone: (703) 496-5555
Facsimile:  (703) 579-0105
Email:  kevin.mun@echelaw.com

Attorneys for Plaintiff
WIAV NETWORKS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WIAV NETWORKS LLC,<br><br>Plaintiff,<br><br>v.<br><br>3COM CORPORATION *et al.*,<br><br>Defendants. | Case No.: C 10-03448-WHA<br><br>[~~PROPOSED~~] ORDER PURSUANT TO LOCAL RULE 11-5 PERMITTING WITHDRAWAL OF COUNSEL FOR PLAINTIFF WIAV NETWORKS LLC |

[~~PROPOSED~~] ORDER PERMITTING WITHDRAWAL OF COUNSEL FOR WIAV NETWORKS LLC

Case No.: C 10-03448 WHA

# [PROPOSED] ORDER

The withdrawal of counsel, Tae Hyung Kim, is authorized by the Court and the clerk of the Court is directed to make the appropriate change in the docket.

**IT IS SO ORDERED.**

Dated: October 1, 2010

Hon. William H. Alsup
United States District Judge

[PROPOSED] ORDER PERMITTING WITHDRAWAL OF COUNSEL FOR WIAV NETWORKS LLC           1           Case No.: C 10-03448 WHA