Andrew Choung (SBN 203192)
ECHELON LAW GROUP, PC
50 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 830-9463
Facsimile:  (415) 762-4191
Email:  andrew.choung@echelaw.com

K. Kevin Mun (pro hac vice)
ECHELON LAW GROUP, PC
1919 Gallows Road, Suite 330
Vienna, Virginia 22182
Telephone: (703) 496-5555
Facsimile:  (703) 579-0105
Email:  kevin.mun@echelaw.com

Attorneys for Plaintiff
WIAV NETWORKS LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WIAV NETWORKS LLC, | No. C 10-03448-WHA |
| Plaintiff, | [~~PROPOSED~~] ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION |
| v. | |
| HEWLETT-PACKARD CO., | |
| Defendants. | |

Respective counsel for Plaintiff WiAV Networks LLC ("WiAV") and Defendant Hewlett-Packard Company ("HP") met and conferred on October 13, 2010 and hereby jointly submit the following Proposed Order Re Schedule For Claim Construction pursuant to the Court's Case Management Order and Reference to Magistrate Judge for Settlement/Mediation, which includes the parties' stipulated deadlines for their respective Patent Local Rule contentions and amendment of pleadings as proposed at the September 30, 2010 Case Management Conference.

1. WiAV shall serve its Disclosure of Asserted Claims and Infringement Contentions and accompanying document production by **November 5, 2010**.
2. The deadline for filing Amendment of Pleadings shall be **November 8, 2010**.
3. HP shall serve its Invalidity Contentions and accompanying document production by **December 22, 2010**.
4. The parties shall exchange Proposed Terms for Construction by **January 6, 2010**.
5. The parties shall exchange Preliminary Claim Constructions and Extrinsic Evidence by **January 19, 2011**.
6. The parties shall submit their Joint Claim Construction and Prehearing Statement by **February 8, 2011**.
7. Claim Construction Discovery shall be completed by **March 8, 2011**.
8. Each party shall submit its Opening Claim Construction Brief and any supporting evidence by **March 23, 2011**.
9. Each party shall submit its Responsive Claim Construction Brief and supporting evidence by **April 5, 2011**.
10. Each party shall submit its Reply Claim Construction Brief and any rebuttal evidence by **April 12, 2011**.

DATED: October 13, 2010

Respectfully submitted,

By: /s/Andrew Choung
ANDREW Y. CHOUNG
ECHELON LAW GROUP, PC
*Attorneys for Plaintiff*
*WiAV Networks LLC*

By: /s/Daniel A. DeVito
DANIEL A. DEVITO
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP
*Attorneys for Defendant*
*Hewlett-Packard Company*

PURSUANT TO THE FOREGOING
IT IS SO ORDERED:

Dated: October 18, 2010

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA