**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WIAV NETWORKS, LLC<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>3COM CORPORATION, *et al*.<br><br>　　　　　　　Defendants. | CASE NO. 3:10-CV-03448-WHA<br><br>[~~PROPOSED~~] **ORDER GRANTING WITHDRAWAL** |

　　IT IS HEREBY ORDERED that the request for withdrawal of David Jack Levy and Clay Erik Hawes of Morgan, Lewis & Bockius LLP as attorneys of record for Hewlett-Packard Company is GRANTED.

　　**IT IS SO ORDERED**.

Dated: October 29, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge