IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIAV NETWORKS, LLC, a Virginia limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>HEWLETT PACKERD CO., a Delaware company, *et al.*,<br><br>    Defendants.<br>                                            / | No. C 10-03448 WHA<br><br>**ORDER REQUESTING INFORMATION REGARDING ELECTRONIC DISCOVERY STIPULATION AND PROPOSED ORDER** |

Receipt of the parties' stipulation and proposed order regarding electronic discovery is acknowledged. The parties are reminded that they are free to enter private stipulations — without judicial involvement — regarding any matters that do not contravene applicable rules. Counsel are requested to explain why judicial review of their electronic discovery stipulation was sought by **NOON ON NOVEMBER 26, 2010**.

**IT IS SO ORDERED.**

Dated: November 22, 2010.

                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE