DANIEL A. DEVITO (*pro hac vice*)
STACEY L. COHEN (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Telephone: (212)735-3000
Facsimile: (212)735-2000/1
Daniel.DeVito@skadden.com
Stacey.Cohen@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Raoul.Kennedy@skadden.com

DAVID W. HANSEN (Bar No. 196958)
ANDREW N. THOMASES (Bar No. 177339)
MICHAEL D. SAUNDERS (Bar No. 259692)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
David.Hansen@skadden.com
Andrew.Thomases@skadden.com
Michael.Saunders@skadden.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WIAV NETWORKS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>3COM CORPORATION, *et al.*,<br><br>　　　　　　Defendants. | CASE NO.: 3:10-CV-03448-WHA<br><br>**JOINT STIPULATION REGARDING SETTLEMENT CONFERENCE**<br><br>Judge: Magistrate Judge Joseph C. Spero<br>Courtroom: Courtroom A, 15th Floor |

\\

\\

JOINT STIPULATION REGARDING                                        CASE NO.: 3:10-CV-03448-WHA
SETTLEMENT CONFERENCE

1    Plaintiff WiAV Networks, LLC ("WiAV") and Defendant Hewlett-Packard Co. ("HP"), the

2 only remaining parties in this action, through their undersigned counsel, hereby stipulate as follows:

3    WHEREAS the Civil Minute Order dated October 20, 2010 (Docket No. 591) set the

4 Settlement Conference in this matter for 9:30 AM on February 24, 2011 and set the deadlines for

5 the Plaintiff's demand, Defendant's offer, meeting of the principals, and settlement conference

6 statements as January 7, 2011, January 14, 2011, January 28, 2011, and February 10, 2011,

7 respectively; and

8    WHEREAS the parties wish to move the dates of the Settlement Conference and related

9 deadlines due to developments in the case.

10

11    The parties hereby STIPULATE AND AGREE as follows:

12    1.   The deadlines and scheduled Settlement Conference set forth in the October 20,

13 2010 Civil Minute Order shall be vacated;

14    2.   The Settlement Conference shall be continued to June 9, 2011 at 9:30 AM;

15    3.   The Plaintiff's demand shall be due by April 22, 2011;

16    4.   The Defendant's offer shall be due by April 29, 2011;

17    5.   The meeting of the principals shall take place by May 13, 2011; and

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

2

JOINT STIPULATION REGARDING                                    CASE NO.: 3:10-CV-03448-WHA
SETTLEMENT CONFERENCE

6.  The settlement conference statements shall be due by May 26, 2011.

IT IS SO STIPULATED.

Dated:  January 4, 2011                              Respectfully submitted,

LEE, HONG, DEGERMAN, KANG & WAIMEY

By:  _____/s/ Michael Oleinik_____
Michael Oleinik
Attorneys for Plaintiff
WIAV NETWORKS, LLC

Dated:  January 4, 2011                              Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM

By:  _____/s/ Andrew Thomases_____
Andrew Thomases
Attorneys for Defendant
HEWLETT-PACKARD COMPANY

**FILER'S ATTESTATION: PURSUANT TO GENERAL ORDER NO. 45**
Pursuant to General Order no. 45, Section X(B), Andrew Thomases hereby attests that concurrence in the filing of this document has been obtained.

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: January _5_, 2011                     _____
                                                                    UNITED STATES MAGISTRATE JUDGE SPERO

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

3

JOINT STIPULATION REGARDING                                         CASE NO.: 3:10-CV-03448-WHA
SETTLEMENT CONFERENCE

**CERTIFICATE OF SERVICE**

I hereby certify on this 4th day of January, 2011 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all counsel of record who have registered for electronic filing at their electronic addresses of record, constituting service per General Order 45, section IX.B. Per General Order 45, section IX.C.2, all others were served by U.S. Mail at their street addresses of record.

DATE: January 4, 2011     By: _____/s/ Andrew Thomases_____
                                    Andrew N. Thomases

4

JOINT STIPULATION REGARDING                    CASE NO.: 3:10-CV-03448-WHA
SETTLEMENT CONFERENCE