IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIAV NETWORKS, LLC, | No. C 10-03448 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING CLAIM CONSTRUCTION BRIEFING SCHEDULE** |
| HEWLETT-PACKARD CO., | |
| Defendant. | |

On October 18, 2010, the parties' proposed order setting the claim construction briefing schedule was entered (Dkt. No. 590). On March 16, the parties left a telephone message for the deputy clerk noting that this schedule requires more briefing than do the applicable local rules. The parties asked whether they should follow the order or the local rules.

At this time, the October 18 order controls the claim construction briefing schedule. If the parties wish to alter that schedule, they may file a stipulated request to do so along with a new proposed scheduling order.

**IT IS SO ORDERED.**

Dated: March 17, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE