1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| WIAV NETWORKS, LLC, | ) | CASE NO.: 3:10-CV-03448-WHA |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER REGARDING CLAIM** |
| v. | ) | **CONSTRUCTION BRIEFING** |
| | ) | **SCHEDULE** |
| 3COM CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

1  WHEREAS Patent Local Rule 4-5 provides that, in a patent case, "the party claiming patent infringement . . . shall serve and file an opening brief" and a "reply brief" and "each opposing party shall serve and file [a] responsive brief," and thus, in a typical single defendant patent case, only a total of three claim construction briefs are to be submitted to the Court under the Patent Local Rules;

WHEREAS the parties' "Proposed Order Re Schedule for Claim Construction," and the resulting order entered by the Court (Dkt. No. 590), states that "[e]ach party shall submit its Opening Claim Construction Brief," "[e]ach party shall submit its Responsive Claim Construction Brief," and "[e]ach party shall submit its Reply Claim Construction Brief," implying that a total of six claim construction briefs are to be submitted to the Court in this case;

WHEREAS to conserve the resources of the parties and the Court by reducing the total number of claim construction briefs submitted;

Plaintiff WiAV Networks, LLC and Defendant Hewlett-Packard Company, by their respective counsel of record, hereby stipulate to modify the October 18, 2010 "Order Re Schedule for Claim Construction" ("the Order") as follows:

1. Paragraph 8 of the Order is stricken and replaced with the following: "Plaintiff WiAV Networks, LLC shall submit its Opening Claim Construction Brief and any supporting evidence by March 23, 2011."

2. Paragraph 9 of the Order is stricken and replaced with the following: "Defendant Hewlett-Packard Company shall submit its Responsive Claim Construction brief and supporting evidence by April 5, 2011."

3. Paragraph 10 of the Order is stricken and replaced with the following: "Plaintiff WiAV Networks, LLC shall submit its Reply Claim Construction Brief and any rebuttal evidence by April 12, 2011."

///
///
///
///

STIPULATION AND [PROPOSED] ORDER                                   CASE NO.: 3:10-CV-03448-WHA
REGARDING CLAIM CONSTRUCTION BRIEFING SCHEDULE

Respectfully submitted,

Dated: March 17, 2010                       LEE, HONG, DEGERMAN, KANG & WAIMEY

                                By:    /s/     Mark L. Sutton
                                       Mark L. Sutton (SBN 120255)
                                       Michael Oleinik (SBN 181163)
                                       LEE, HONG, DEGERMAN, KANG & WAIMEY
                                       660 South Figueroa Street, Suite 2300
                                       Los Angeles, CA 90017
                                       Telephone: (213) 623-2221
                                       Facsimile: (213) 623-2211
                                       msutton@lhlaw.com
                                       moleinik@lhlaw.com

                                       Attorneys for Plaintiff
                                       WIAV NETWORKS, LLC


                                       SKADDEN, ARPS, SLATE, MEAGHER
                                            & FLOM, LLP

                                By:    /s/     Andrew N. Thomases
                                       ANDREW N. THOMASES

                                       Attorneys for Defendant
                                       HEWLETT PACKARD COMPANY

**FILER'S ATTESTATION: PURSUANT TO GENERAL ORDER NO. 45**
Pursuant to General Order no. 45, Section X(B), Andrew N. Thomases hereby attests that concurrence in the filing of this document has been obtained.

PURSUANT TO THE FOREGOING STIPULATION
IT IS SO ORDERED:

Dated:  __March 18_____, 2010

_____
HON. WILLIAM ALSUP
UNITED STATED DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER                              CASE NO.: 3:10-CV-03448-WHA
REGARDING CLAIM CONSTRUCTION BRIEFING SCHEDULE