**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WIAV NETWORKS, LLC,

     Plaintiff,

  v.

HEWLETT-PACKARD CO.,

     Defendant.

                         /

No. C 10-03448 WHA

**ORDER CONTINUING TECHNOLOGY TUTORIAL AND *MARKMAN* HEARING**

     The technology tutorial previously set for April 20, 2011, is **CONTINUED** to **1:30 P.M. ON MAY 11, 2011**. The claim construction hearing previously set for May 4, 2011, is **CONTINUED** to **1:30 P.M. ON MAY 25, 2011**. The claim construction briefing schedule remains as previously set. All other case management dates and deadlines remain in effect as well.

     **IT IS SO ORDERED.**

Dated:  March 22, 2011.

                  WILLIAM ALSUP
                  UNITED STATES DISTRICT JUDGE