DANIEL A. DEVITO (*pro hac vice*)
STACEY L. COHEN (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Telephone:  (212)735-3000
Facsimile:   (212)735-2000/1
Daniel.DeVito@skadden.com
Stacey.Cohen@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
Telephone:  (415) 984-6400
Facsimile:   (415) 984-2698
Raoul.Kennedy@skadden.com

DAVID W. HANSEN (Bar No. 196958)
ANDREW N. THOMASES (Bar No. 177339)
MICHAEL D. SAUNDERS (Bar No. 259692)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Telephone:  (650) 470-4500
Facsimile:   (650) 470-4570
David.Hansen@skadden.com
Andrew.Thomases@skadden.com
Michael.Saunders@skadden.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WIAV NETWORKS, LLC, | CASE NO.: 3:10-CV-03448-WHA |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER REGARDING COURTROOM EQUIPMENT FOR MAY 11, 2011 TUTORIAL** |
| HEWLETT-PACKARD COMPANY, | |
| Defendant. | |

Plaintiff WiAV Networks, LLC and Defendant Hewlett-Packard Company, by their respective counsel of record, hereby stipulate to and request permission, pursuant to General Order No. 58, for the parties to bring the following equipment into the courthouse, and to possess and use that equipment in Courtroom 9 during the Claim Construction Technical Tutorial, scheduled for Wednesday, May 11, 2011, at 1:30 p.m.

The specific devices are as follows:
1. 1 data projector
2. 1 projector screen
3. 1 video switch box
4. 1 table / stand
5. 2 laptops each for Plaintiff's and Defendant's counsel (4 laptops total)
6. cables, peripherals, and power cords for the foregoing equipment

The parties are coordinating their efforts and will share the presentation equipment.

The parties further requests the Court's permission for the parties to set up their respective electronic devices in the courtroom on Wednesday, May 11, 2011, at 12:00 p.m., ~~or at such time the Court may specify~~, to facilitate the timely and orderly conduct of the hearing.

//
//
//
//
//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER REGARDING                CASE NO.: 3:10-CV-03448-WHA
COURTROOM EQUIPMENT FOR MAY 11, 2011 TUTORIAL

Respectfully submitted,

Dated: May 9, 2011                LEE, HONG, DEGERMAN, KANG & WAIMEY

                                  By:    /s/    Mark L. Sutton
                                         Mark L. Sutton (SBN 120255)
                                         Michael Oleinik (SBN 181163)
                                         LEE, HONG, DEGERMAN, KANG & WAIMEY
                                         660 South Figueroa Street, Suite 2300
                                         Los Angeles, CA 90017
                                         Telephone: (213) 623-2221
                                         Facsimile: (213) 623-2211
                                         msutton@lhlaw.com
                                         moleinik@lhlaw.com

                                         Attorneys for Plaintiff
                                         WIAV NETWORKS, LLC


                                  SKADDEN, ARPS, SLATE, MEAGHER
                                     & FLOM, LLP

                                  By:    /s/    Andrew N. Thomases
                                         ANDREW N. THOMASES

                                         Attorneys for Defendant
                                         HEWLETT PACKARD COMPANY

**FILER'S ATTESTATION: PURSUANT TO GENERAL ORDER NO. 45**
Pursuant to General Order no. 45, Section X(B), Andrew N. Thomases hereby attests that concurrence in the filing of this document has been obtained.

/s/    Andrew N. Thomases


PURSUANT TO THE FOREGOING STIPULATION
IT IS SO ORDERED:

Dated:  __May 10_____, 2011



_____
HON. WILLIAM ALSUP
UNITED STATED DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER REGARDING                CASE NO.: 3:10-CV-03448-WHA
COURTROOM EQUIPMENT FOR MAY 11, 2011 TUTORIAL