DANIEL A. DEVITO (*pro hac vice*)
STACEY L. COHEN (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Telephone: (212)735-3000
Facsimile: (212)735-2000/1
Daniel.DeVito@skadden.com
Stacey.Cohen@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Raoul.Kennedy@skadden.com

DAVID W. HANSEN (Bar No. 196958)
ANDREW N. THOMASES (Bar No. 177339)
MICHAEL D. SAUNDERS (Bar No. 259692)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, CA 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
David.Hansen@skadden.com
Andrew.Thomases@skadden.com
Michael.Saunders@skadden.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WIAV NETWORKS, LLC, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>HEWLETT-PACKARD COMPANY, <br><br>　　　　　Defendant. | CASE NO.: 3:10-CV-03448-WHA <br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING COURTROOM EQUIPMENT FOR MAY 25, 2011 CLAIM CONSTRUCTION HEARING** |

Plaintiff WiAV Networks, LLC and Defendant Hewlett-Packard Company, by their respective counsel of record, hereby stipulate to and request permission, pursuant to General Order No. 58, for the parties to bring the following equipment into the courthouse, and to possess and use that equipment in Courtroom 9 during the Claim Construction Hearing, scheduled for Wednesday, May 25, 2011, at 1:30 p.m.

The specific devices are as follows:
1. 1 data projector
2. 1 projector screen
3. 1 video switch box
4. 1 table / stand
5. 2 laptops each for Plaintiff's and Defendant's counsel (4 laptops total)
6. cables, peripherals, and power cords for the foregoing equipment

Persons bringing the equipment into the courthouse are expected to be the following delivery staff on behalf of Resonant Legal Media:

Pramel Patel

Len Segarra

The parties are coordinating their efforts and will share the presentation equipment.

The parties further requests the Court's permission for the parties to set up their respective electronic devices in the courtroom on Wednesday, May 25, 2011, at 12:00 p.m., or at such time the Court may specify, to facilitate the timely and orderly conduct of the hearing.

//

//

//

//

STIPULATION AND [PROPOSED] ORDER REGARDING                CASE NO.: 3:10-CV-03448-WHA
COURTROOM EQUIPMENT FOR MAY 25, 2011 CLAIM CONSTRUCTION HEARING

Respectfully submitted,

Dated: May 24, 2011                    LEE, HONG, DEGERMAN, KANG & WAIMEY

                                       By:    /s/    Mark L. Sutton
                                              Mark L. Sutton (SBN 120255)
                                              Michael Oleinik (SBN 181163)
                                              LEE, HONG, DEGERMAN, KANG & WAIMEY
                                              660 South Figueroa Street, Suite 2300
                                              Los Angeles, CA 90017
                                              Telephone: (213) 623-2221
                                              Facsimile: (213) 623-2211
                                              msutton@lhlaw.com
                                              moleinik@lhlaw.com

                                              Attorneys for Plaintiff
                                              WIAV NETWORKS, LLC


                                       SKADDEN, ARPS, SLATE, MEAGHER
                                           & FLOM, LLP

                                       By:    /s/    Andrew N. Thomases
                                              ANDREW N. THOMASES

                                              Attorneys for Defendant
                                              HEWLETT PACKARD COMPANY

**FILER'S ATTESTATION: PURSUANT TO GENERAL ORDER NO. 45**
Pursuant to General Order no. 45, Section X(B), Andrew N. Thomases hereby attests that concurrence in the filing of this document has been obtained.

/s/    Andrew N. Thomases


PURSUANT TO THE FOREGOING STIPULATION
IT IS SO ORDERED:

Dated: __May 24_____, 2011



_____
HON. WILLIAM ALSUP
UNITED STATED DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER REGARDING                CASE NO.: 3:10-CV-03448-WHA
COURTROOM EQUIPMENT FOR MAY 25, 2011 CLAIM CONSTRUCTION HEARING