IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WIAV NETWORKS, LLC,

    Plaintiff,

v.

HEWLETT-PACKARD CO.,

    Defendant.

No. C 10-03448 WHA

**ORDER DENYING STIPULATED REQUEST TO EXTEND DEADLINE**

The parties request a one-week extension of the deadline for filing critiques of the tentative claim-construction order, because they "are currently engaging in settlement discussion" (Dkt. No. 681). This stipulated request is **DENIED**. Litigation must proceed in a timely manner despite parallel efforts to settle the case. The deadline for filing any critique of the tentative claim-construction order remains **NOON ON JUNE 9, 2011**. For clarity, counsel are advised that critiques were invited as *optional* submissions; the June 9 deadline presents an opportunity, not a requirement.

**IT IS SO ORDERED.**

Dated: June 8, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE