Mark L. Sutton (SBN 120255)
Michael Oleinik (SBN 181163)
Soo A. Hong (SBN 196432)
Rex Hwang (SBN 221079)
LEE, HONG, DEGERMAN, KANG & WAIMEY
660 South Figueroa Street, Suite 2300
Los Angeles, California 90017
Telephone: (213) 623-2221
Facsimile:  (213) 623-2211
Email: msutton@lhlaw.com
       moleinik@lhlaw.com
       sooh@lhlaw.com
       rhwang@lhlaw.com

Attorneys for Plaintiff and
Counterclaim Defendant
WIAV NETWORKS LLC

See Signature Page for List of Attorneys
for Defendant Hewlett Packard Company

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WIAV NETWORKS LLC, a Virginia Limited Liability Company, <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> HEWLETT PACKARD CO., a Delaware Company, <br><br> Defendant and Counterclaim Plaintiff. | CASE NO. C 10-03448 WHA <br><br> **STIPULATION FOR DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS** <br><br> The Honorable William H. Alsup <br> Courtroom 9 – 19th Floor |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff WiAV Networks, LLC ("WiAV") and Defendant Hewlett-Packard Co. ("HP"), that any and all claims against HP be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). The parties also stipulate that any and all defenses and counterclaims against WiAV be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). The parties agree that each party will bear its own costs and attorneys' fees incurred in connection with this action.

IT IS SO STIPULATED.

Dated: June 9, 2011                    Respectfully submitted,

                                       LEE, HONG, DEGERMAN, KANG & WAIMEY

                                       By: ___/s/ Michael Oleinik_____
                                            Michael Oleinik
                                            Attorneys for Plaintiff
                                            WiAV Networks, LLC

Dated: June 9, 2011                    Respectfully submitted,


                                       By: ___/s/ Andrew Thomases_____

                                       DAVID W. HANSEN (Bar No. 196958)
                                       ANDREW N. THOMASES (Bar No. 177339)
                                       MICHAEL D. SAUNDERS (Bar No. 259692)
                                       SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                       525 University Avenue, Suite 1100
                                       Palo Alto, CA 94301
                                       Telephone: (650) 470-4500
                                       Facsimile: (650) 470-4570
                                       David.Hansen@skadden.com
                                       Andrew.Thomases@skadden.com
                                       Michael.Saunders@skadden.com

                                       DANIEL A. DEVITO (*pro hac vice*)
                                       STACEY L. COHEN (*pro hac vice*)
                                       SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                       Four Times Square
                                       New York, NY 10036
                                       Telephone: (212)735-3000
                                       Facsimile: (212)735-2000/1
                                       Daniel.DeVito@skadden.com

STIPULATION FOR DISMISSAL OF
ALL CLAIMS AND COUNTERCLAIMS                    Case No.: C 10-03448 WHA

Stacey.Cohen@skadden.com

RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Raoul.Kennedy@skadden.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

FILER'S ATTESTATION: PURSUANT TO GENERAL ORDER NO. 45

    Pursuant to General Order No. 45, Section X(B), Michael Oleinik hereby attests that concurrence in the filing of this document has been obtained.

STIPULATION FOR DISMISSAL OF
ALL CLAIMS AND COUNTERCLAIMS                  Case No.: C 10-03448 WHA

## CERTIFICATE OF SERVICE

I hereby certify on this 9th day of June, 2011 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all counsel of record who have registered for electronic filing at their electronic addresses of record, constituting service per General Order 45, section IX.B. Per General Order 45, section IX.C.2, all others were served by U.S. Mail at their street addresses of record.

DATE: June 9, 2011                                    s/Tammy Sy
                                                                    Tammy Sy
                                                                    Paralegal